UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                 Case No. 20-CR-242

SCOTT CHARMOLI,

        Defendant.

## VERDICT FORM

We, the jury, duly impaneled and sworn, for our verdict in the above-entitled action, find the Defendant, Scott Charmoli:

__Guilty__                  of healthcare fraud related to Patient C.D. (Tooth
(Guilty/Not Guilty)        30) as charged in Count One.

__Guilty__                  of healthcare fraud related to Patient E.S. (Tooth
(Guilty/Not Guilty)        3) as charged in Count Two.

__Guilty__                  of healthcare fraud related to Patient T.D. (Tooth
(Guilty/Not Guilty)        6) as charged in Count Three.

__Guilty__                  of healthcare fraud related to Patient T.D. (Tooth
(Guilty/Not Guilty)        7) as charged in Count Four.

__Guilty__
(Guilty/Not Guilty)

of healthcare fraud related to Patient C.K (Tooth 13) as charged in Count Five.

__NOT Guilty__
(Guilty/Not Guilty)

of healthcare fraud related to Patient C.K (Tooth 15) as charged in Count Six.

__NOT Guilty__
(Guilty/Not Guilty)

of healthcare fraud related to Patient C.K (Tooth 20) as charged in Count Seven.

__Guilty__
(Guilty/Not Guilty)

of false statements relating to health care matters regarding Patient C.D. as charged in Count Eight.

__Guilty__
(Guilty/Not Guilty)

of false statements relating to health care matters regarding Patient E.S. as charged in Count Nine.

Dated at Milwaukee, Wisconsin, this __10th__ day of March, 2022.

2

3